

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-16-00623-CR

Billy Ray **MONREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-04-11496-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

The Medina County District Clerk is hereby ORDERED to file in this court <u>no later than December 27, 2017</u> the following exhibit from the November 18, 2016 hearing on appellant's motion for new trial:

CD of Interviews of Phyllis French and Gwyndolyn Miculka.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court